UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER L. McGONIGAL,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 12-cv-64-JPH<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

**BEFORE THE COURT** are cross-motions for summary judgment, **ECF Nos. 14 and 16.** The Court considered oral argument on the date signed below.

For the reasons stated by the Court on the record, the Court finds the ALJ's decision is supported by substantial evidence and free of harmful legal error. Accordingly, the Court **grants** defendant's motion for summary judgment, **ECF No. 16** and **denies** plaintiff's motion for summary judgment, **ECF No. 14.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to the parties, enter judgment in favor of defendant and **CLOSE** the file.

DATED this 25th day of July, 2013.

*S/ James P. Hutton*

JAMES P. HUTTON

UNITED STATES MAGISTRATE JUDGE

ORDER - 1